### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### PARKERSBURG DIVISION

MONTE CRISTIA, et al.,

                Plaintiffs,

v.                                        CIVIL ACTION NO.  6:10-cv-01338

STATE OF WEST VIRGINIA, et al.,

                Defendants.

### ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended that the court find that the removal of this civil action was defective, and that this case should therefore be remanded to the Circuit Court of Wood County, West Virginia.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

The failure to object to a magistrate judge's report may be deemed a waiver of appeal of the substance of the report and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983);  *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974).  The court has reviewed the Magistrate Judge's findings of fact and recommendations and finds no clear error on the face of the record.  Therefore, the court accepts and incorporates herein the findings and

recommendation of the Magistrate Judge and **ORDERS**, consistent with her findings and recommendations, that the matter be **REMANDED** to the Circuit Court of Wood County.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 5, 2011

Joseph R. Goodwin, Chief Judge